JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BELLAGIO JEWELRY, INC., a California Corporation, and NUR AHMAD, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CROTON WATCH COMPANY, INC., a New York Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 06 - 6672 ODW (RZx)<br><br>JUDGMENT |

Pursuant to this Court's August 20, 2008 Statement of Decision Following Bench Trial, judgment is hereby entered in favor of Plaintiffs and against Defendant Croton Watch Company, Inc. as follows:

1. Defendant Croton is liable to Plaintiffs in the amount of $317,146.

2. Defendant is permanently enjoined from using Plaintiffs' registered trademark "Bellagio" in connection with the marketing, promotion, distribution, advertising, offering for sale or sales of watches, without the express written permission of Plaintiffs.

3. Defendant Croton's Trademark Trial and Appeal Board Petition for Cancellation shall be dismissed with prejudice.

Additionally, pursuant to the Court's October 15, 2008 Order Granting Plaintiffs' Application for Attorneys' Fees and Costs, judgment is further entered as follows:

4. Plaintiffs are awarded attorneys' fees, which includes a $50,000 sanction, in the total amount of $479,644.

5. Plaintiffs' are awarded costs in the amount of $34,484.57.

Defendant Croton Watch Company is ordered to pay these amounts, in a manner directed by Plaintiffs' counsel, not later than thirty (30) days from the date of this Judgment.

DATED: October 15, 2008

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE